# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*ROBERT OLIVAREZ*        v.    *DORA SCHRIRO, et al.*

THE HONORABLE JOHN W. SEDWICK     CASE NO. 2:06-cv-2929 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**      Date: October 3, 2008

At docket 10, the magistrate judge recommends that the petition in this case be denied and dismissed with prejudice. No objections have been filed. Under these circumstances, this court reviews the recommended findings of fact for clear error and the recommended conclusions of law *de novo*. Having applied that standard, this court concludes the magistrate judge's recommendations are correct in all material respects. The report at docket 10 is **ADOPTED**, and based thereon, the petition is hereby **DENIED**. This case is dismissed with prejudice.